**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Travis Turcotte

     v.                                        Civil No. 08-cv-491-JL

NH State Prison, Warden, et al

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted,
but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must
be paid as follows: the sum of $23.60 is due no later than
January 2, 2009.  In addition, 20% of each preceding month's
income credited to plaintiff's account is to be remitted by the
NH State Prison for Men when the amount in the account exceeds
$10.00 until the sum of $350.00 has been paid.  Failure to pay
the fee as ordered will result in dismissal of the action without
prejudice.  In all other respects plaintiff's request for in
forma pauperis has been granted.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 1, 2008

cc:   Travis Turcotte, pro se
      Bonnie S. Reed, Financial Administrator
      NH State Prison for Men, Inmate Accounts